In the Matter of the Expulsion by KOSTOS P. KARAGANIS and JOHN P. FRANTZELAS, Respondents, of WILLIAM PARASH, Appellant, from a Copartnership, etc.— Order permitting respondents to continue partnership business upon giving a bond to the appellant, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to the commencement of an action by respondents for a dissolution of the partnership. The procedure adopted here was unauthorized. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Petition of HOMER G. MARTIN to Prove the Last Will and Testament of JULIETTA MARTIN, Deceased. DELMER D. MARTIN, Appellant; HOMER G. MARTIN, Respondent.— Order of the Surrogate's Court of Kings county, denying contestant's motion to hold in abeyance the trial of probate, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of BENJAMIN MOSKOWITZ for an Order Directed against CHARLES C. LOCKWOOD and JACOB A. LIVINGSTON, etc.— Order denying petitioner's motion to set aside the election of George Eilperin as executive member of the Republican party for the Fourteenth Assembly District of Kings county, and also denying motion for a new election, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.